UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL KASPER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, COMMUNITY AMBULANCE LLC, SUNRISE HOSPITAL & MEDICAL CENTER LLC, DOES 1-15,<br><br>　　　　Defendants. | Case No. 2:25-cv-02364-GMN-EJY<br><br>**ORDER** |

　　　Before the Court is Plaintiff's Motion for Authorization to File Electronically. ECF No. 5. Under Local Rule IC 2-1(b), a "pro se litigant may request the court's authorization to register as a filer in a specific case."

　　　IT IS HEREBY ORDERED that Plaintiff's Motion for Authorization to File Electronically (ECF No. 5) is GRANTED.

　　　IT IS FURTHER ORDER that the Clerk of Court must send Plaintiff the form Consent for Electronic Service of Documents and instructions for the same.

　　　IT IS FURTHER ORDERED that Plaintiff must submit the Consent for Electronic Service of Documents to the Clerk of Court on or before **January 5, 2026**.

　　　IT IS FURTHER ORDERED that Plaintiff is not authorized to file electronically until the Consent form is submitted. Upon timely submitting the Consent form, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to configure Plaintiff's CM/ECF account.

　　　Dated this 5th day of December, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE