TYSON J. DOBBS, ESQ.
Nevada Bar No. 11953
ANDOLYN R. JOHNSON, ESQ.
Nevada Bar No.: 14723
HALL PRANGLE LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV  89144
efile@hallprangle.com
*Attorneys for Defendant*
*Sunrise Hospital & Medical Center, LLC*

HALL PRANGLE LLC
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL KASPER,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT (LVMPD); LVMPD SHERIFF KEVIN McMAHILL, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; LVMPD SERGEANT EVAN FINCHER; LVMPD OFFICER VERONICA LUNA, LVMPD OFFICER JOSE SAUCEDO; LVMPD OFFICER. STEPHANIE ANNE SCOTT; LVMPD OFFICER RENE GONZALEZ-BLANCO; DOE LVMPD OFFICERS; COMMUNITY AMBULANCE, LLC (CA); DOE PARAMEDICS, AMETs, & EMTs; SUNRISE HOSPITAL & MEDICAL CENTER, LLC; DOE SUNRISE MEDICAL CENTER STAFF; PLUS FOUR, INC; DOE PLUS FOUR INC STAFF,<br><br>Defendants. | CASE NO.:  2:25-cv-02364-GMN-EJY<br><br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

Plaintiff in Proper Person, Defendants LVMPD Defendants, by and through their attorney of record, Christopher J. Lalli, Esq. of HUTCHISON & STEFFEN, PLLC, Defendant Sunrise Hospital and Medical Center, LLC, by and through its attorneys of record, Tyson J. Dobbs, Esq. and Andolyn R. Johnson, Esq. of HALL PRANGLE LLC, and Defendant Community Ambulance, LLC, by and through its attorneys of record Courtney Christopher,

1

Esq. and Jessica Gandy, Esq. of HUTCHISON & STEFFEN, PLLC hereby submit this Joint Discovery Plan and Scheduling Order pursuant to Fed. R. Civ. P. 26(a) and Local Rule 26-1.

As provided by Local Rule 26-1, the Parties met and conferred on March 3, 2026 for the purpose of conferring about the above-entitled action. Specifically, Michael Kasper attended on behalf of himself *pro se*, Christopher J. Lalli, Esq. attended as counsel for LVMPD Defendants, Andolyn R. Johnson, Esq. attended as counsel for Defendant Sunrise Hospital and Medical Center, LLC, and Jessica Gandy, Esq. attended as counsel for Defendant Community Ambulance, LLC (collectively, the "Parties").

It is hereby requested that the Court enter the following discovery plan and scheduling order:

## I.    DISCOVERY PLAN:

**1.    Discovery Cut-Off Date**: **August 31, 2026**, which is 180 days from March 3, 2026, the date the parties held the Rule 26(f) conference. The Defendant LVMPD filed its Answer first, on January 12, 2026; Defendant Community Ambulance filed its Answer on January 29, 2026. Defendant Sunrise Hospital filed a Motion for More Definitie Statement on January 9, 2026, and Plaintiff filed Motions for Default as to Defendant Plus Four, Inc. These motions remain pending. The Parties therefore propose using the standard deadlines set forth in LR 26-1(b) but propose that the deadlines be calculated from the date of the meet-and-confer conference, March 3, 2026. Depending on the outcome of the pending motions, the parties will likely need this additional time to amend pleadings, join parties, and/or consult experts. The parties are in agreement with this proposal.

**2.    Deadline to Amend Pleadings and/or Add Parties**: **June 2, 2026**, which is 90 days prior to the close of discovery.

**3.    Deadline to Disclose Initial Expert Disclosures**: **July 2, 2026**, which is 60 days before the close of discovery.

**4.    Deadline to Disclose Rebuttal Expert Disclosures**: **July 31, 2026**, which is 30 days before the close of discovery.[1]

---

[1] The proposed deadlines were adjusted if they fell on a weekend.

HALL PRANGLE LLC
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

**5.**        <u>**Deadline to File Dispositive Motions: September 30, 2026**</u>, which is 30 days after the close of discovery.

**II.        PRETRIAL ORDER**: In accordance with Local Rule 26-1(b)(5), the parties shall file a joint pretrial order no later than **October 30, 2026**, or thirty (30) days after the date set for filing dispositive motions. In the event that the Parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision on the dispositive motions or further order of the Court. The disclosure required by Federal Rule of Civil Procedure 26(a)(3) and objections thereto shall be made in the joint pretrial order.

**III.        INITIAL DISCLOSURES**: No changes shall be made to the form or requirement of disclosures under Fed. R. Civ. P. 26(a)(1)(A).  The Parties shall exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1)(C) on or before **March 17, 2026**.

**IV.        EXTENSION OF DISCOVERY PLAN**: Requests to extend discovery shall comply fully with Local Rule 26-3. Applications to extend any date set by the discovery plan, scheduling order, or other order, must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend a deadline set forth in the discovery plan shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect. The motion or stipulation shall include:

**1.**        A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

**2.**        A specific description of the discovery which remains to be completed;

**3.**        The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and

**4.**        A proposed schedule for the completion of all remaining discovery. It is not good cause for a later request to extend discovery that the parties informally postponed. Any

HALL PRANGLE LLC
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

HALL PRANGLE LLC
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

stipulation that would interfere with any time set for the completion of discovery, for hearing of a motion or for trial, may be made only with approval of the Court.

**V.    LR 26-1 CERTIFICATIONS:** The Parties certify that they considered consenting to trial by magistrate judge under 28 U.S.C. §636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program. The Parties further certify that they met and conferred about the possibility of using alternative dispute resolution. The Parties agree that no alternative dispute resolution should be ordered at this time.

**VI.    ELECTRONIC SERVICE**: The Parties agree to electronic service of discovery.

**VII.    PROTECTIVE ORDER:** The Parties agree to meet and confer regarding the submission of a stipulation and proposed protective order governing the handling of confidential information and, upon stipulation, the Parties will submit a proposed protective order to the Court for approval. If any party refuses to enter into such a stipulation, the other parties reserve the right to move the Court for an order governing the handling of such confidential information.

Dated this 6th day of March, 2026.

/s/ Michael Kasper
Michael Kasper
P.O. Box 2734
Pahrump, NV 89041
sfx1over@pm.me
702-600-5043
*Pro Se Plaintiff*

Dated this 6th day of March, 2026.

/s/ Andolyn Johnson
Tyson J. Dobbs, Esq.
Nevada Bar No. 11953
Andolyn R. Johnson, Esq.
Nevada Bar No.: 14723
HALL PRANGLE LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144
*Attorneys for Defendant*
*Sunrise Hospital & Medical Center, LLC*

Dated this 6th day of March, 2026.

/s/ Christopher Lalli
Christopher J. Lalli, Esq.
Nevada Bar No. 5398
HUTCHISON & STEFFEN
10080 Alta Dr. #200
Las Vegas, NV 89145
*Attorney for LVMPD Defendants*

Dated this 6th day of March, 2026.

/s/ Jessica Gandy
Courtney Christopher, Esq.
Nevada Bar No. 12717
Jessica Gandy, Esq.
Nevada Bar No. 14202
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant*
*Community Ambulance, LLC*

**HALL PRANGLE LLC**
1140 NORTH TOWN CENTER DRIVE, STE. 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400   FACSIMILE: 702-384-6025

Kasper vs. LVMPD
Case No. 2:25-cv-02364-GMN-EJY

## **ORDER**

**The parties are reminded to abide by local rules of the Court. Applicable here is LR IA 6-2.  Failure to comply in the future may result in denial of submissions.**

**IT IS SO ORDERED.**

United States Magistrate Judge

DATED: March 9, 2026

5